AARON M. COHN, ESQ. (SBN 264756)
acohn@wwhgd.com
WEINBERG WHEELER HUDGINS
GUNN & DIAL, LLC
3350 Virginia Street, Suite 500
Miami, FL 33132
Telephone: (305) 455-9133
Facsimile: (305) 455-9501
*Attorneys for Petitioner*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHARLES WEATHERFORD,

Petitioner,

v.

SAFEGUARD METALS, LLC, a California limited liability company, JEFFREY SANTULAN, individually,

Respondents.

CASE NO. 22-cv-07239-MEMF-MAR

**MOTION TO APPEAR REMOTELY VIA ZOOM AT HEARING ON PETITION TO CONFIRM ARBITRATION AWARD**

**HEARING DATE: 03/16/2023**
**HEARING TIME: 10:00 a.m.**

**Hon. Mami Ewusi-Mensah Frimpong**

Counsel for Petitioner, Charles Weatherford ("Petitioner" or "Weatherford"), respectfully submits this motion to appear remotely at the hearing scheduled for March 16, 2023 at 10:00 a.m. on Petitioner's Petition to Confirm the Arbitration Award and, in support thereof, states as follows:



WEINBERG WHEELER HUDGINS GUNN & DIAL

1. The Petition to Confirm the Arbitration Award is scheduled for March 16, 2023 at 10:00 a.m.

2. The final hearing was previously scheduled for January 19, 2023, and Counsel for Petitioner was previously granted leave to appear remotely at that hearing for good cause. (Dkt. 18).

3. The hearing was rescheduled several times. (Dkt. 19, 20).

4. For the reasons the Court previously granted leave to appear remotely at the confirmation hearing, Petitioner requests permission to appear at the March 16, 2023 confirmation hearing. Specifically, Petitioner's counsel is located out-of-state and it would be a disproportionate burden to travel by plane for the hearing in light of the straight-forward nature of the requested relief.

5. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on November 7, 2022. Respondent does not oppose Petitioner's counsel's appearance via Zoom.

WHEREFORE, Petitioner requests entry of an Order authorizing a remote appearance by Zoom at the hearing scheduled for March 16, 2023 at 10:00 a.m. on Petitioner's Petition to Confirm the Arbitration Award.

DATED this 30th day of January, 2023.

/s/ *Aaron M. Cohn*
Aaron M. Cohn, Esq.
Cal Bar No. 264756

WEINBERG WHEELER HUDGINS GUNN & DIAL

WEINBERG WHEELER HUDGINS GUNN & DIAL

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, and that on the 30th day of January, 2023, the foregoing **MOTION TO APPEAR REMOTELY VIA ZOOM AT HEARING ON PETITION TO CONFIRM ARBITRATION AWARD** was served by e-service, in accordance with the Electronic Filing Procedures of the United States District Court:

Paul A. Rigali (SBN 262948)
prigali@larsonllp.com
cowens@larsonllp.com
jbehnke@larsonllp.com
hpark@larsonllp.com
LARSON LLP
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone: (213) 436-4888
Fax: (213) 623-2000

*/s/ Diana Mallqui*
Diana Mallqui