UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV 22-07239-MEMF(MARx) | Date | March 16, 2023 |
|---|---|---|---|
| Title | Charles Weatherford v. Safeguard Metals, LLC., et al. | | |

PRESENT: <u>Honorable Maame Ewusi-Mensah Frimpong</u>
<u>United States District Judge</u>

| Kelly Davis | Deborah Parker |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

Attorney Present for Plaintiff:
Aaron Cohn (via Zoom)

Attorney Present for Defendant:
Paul Rigali

**PROCEEDINGS: ARBITRATION HEARING (Held and Completed)**

    Case called. Court and counsel confer regarding tentative ruling. The Court will issue the tentative ruling as final. The Court will issue a separate Order.

    : 02

Initials of Deputy Clerk    kd