1  AARON M. COHN, ESQ. (SBN 264756)
   acohn@wwhgd.com
2  WEINBERG WHEELER HUDGINS
     GUNN & DIAL, LLC
3  3350 Virginia Street, Suite 500
   Miami, FL 33132
4  Telephone: (305) 455-9133
   Facsimile: (305) 455-9501
5  *Attorneys for Petitioner*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHARLES WEATHERFORD, | CASE NO. 22-cv-07239-MEMF-MAR |
|---|---|
| Petitioner, | |
| v. | **NOTICE OF WITHDRAWAL** |
| SAFEGUARD METALS, LLC, a California limited liability company, JEFFREY SANTULAN, individually, | **Hon. Mami Ewusi-Mensah Frimpong** |
| Respondents. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Petitioner hereby withdraws its Application and Order for Appearance and Examination and Proposed Order to Appear for Examination [D.E. 26]. The Application will be re-filed using the correct forms.

1
NOTICE OF WITHDRAWAL

DATED this 16th day of May, 2023.

                                                  */s/ Aaron M. Cohn*
                                                  Aaron M. Cohn, Esq.
                                                  Cal Bar No. 264756

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 16, 2023 the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will serve all counsel or record.

                                                  */s/ Aaron M. Cohn*
                                                  Aaron M. Cohn